Jueces concurrentes : Sres. Presidente Quiñones, y Asociados Figueras, Sulzbacher y MacLeary.

---

## Montilla v. P. Van Syckel & Ca.

### Casación procedente de la Corte de Distrito de San Juan.

No. 53.—Resuelto en Marzo 20, 1903.

Casación por infracción de ley.—Con arreglo al artículo 1718 de la Ley de Enjuiciamiento Civil, en el escrito interponiendo el recurso de casación por infracción de ley, se expresará el párrafo del artículo 1690 de dicha ley procesal en que se halle comprendido, y se citará con precisión y claridad la ley ó doctrina legal que se crea infringida y el concepto en que lo haya sido.

#### EXPOSICIÓN DEL CASO.

*Resultando :* que en 23 de Diciembre dè 1901, el Abogado Don Herminio Diaz Navarro, á nombre de Don Emilio Montilla Valdespino, interpuso ante el Tribunal de Distrito

No. 53.—Decided March 20, 1903.

### STATEMENT OF THE CASE.

de San Juan, la demanda origen de este pleito contra la Sociedad Van Sykel y Ca., para que se declarase nulo el juicio ejecutivo sumario que con anterioridad le había seguido la Sociedad demandada, en cobro de un crédito hipotecario, por valor de ocho mil treinta y seis dollars noventa y nueve centavos, sobre la Hacienda ":Santa Cruz" de su propiedad, sita en el inmediato pueblo de Bayamón, la que por virtud de dicho procedimiento, que fué adjudicada á la sociedad ejecutante por las dos terceras partes del valor en que de común acuerdo la habían tasado los interesados en las escrituras constitutivas del crédito de referencia, en contravención á lo mandado por la Orden General de 31 de Enero de 1899, según la cual, en ningún caso se ejecutaría ni vendería finca alguna por deudas hipotecarias, sin prévia tasación de la finca por peritos, de los que nombraría uno el acreedor y otro el deudor, y el tercero el Juez; y que conferido traslado á la Sociedad demandada lo evacuó ésta por conducto de su Abogado defensor Don Eduardo Acuña y Aybar, oponiéndose á la demanda y alegando. á su vez todo lo que estimó pertinente á su derecho.

*Resultando :* que recibido el pleito á prueba y practicadas las propuestas por las partes, dictó sentencia el Tribunal de Distrito de San Juan en 22 de Mayo de 1902, por la que se declaró sin lugar la demanda de nulidad establecida, absolviéndose de ella, en su consecuencia, á la Sociedad P. Van Sykel y Ca., con las costas al demandante.

*Resultando :* que contra esta sentencia interpuso la representación de Don Emilio Montilla Valdespino recurso de casación por infracción de ley, que le fué admitido, y elevados los autos á esta Superioridad con citación y emplazamiento de las partes y personadas éstas se entregaron los autos para formalizar el recurso al Abogado defensor del recurrente, el que los devolvió con escrito manifestando que dicho recurso estaba autorizado por el número 1 del artículo 1690 de la Ley de Enjuiciamiento Civil, y que la Sala sentenciadora había infringido las Ordenes Judiciales y Gene-

the deeds constituting the credit, be declared null and void, inasmuch as said award was made in violation of the provisions of the General Order of January 31, 1899, according to the provisions of which in no case shall an estate be foreclosed upon or sold for mortgage debts, without a revaluation by experts, one of whom shall be named by the creditor, one by the debtor and a third by the judge. The record having been delivered to the defendants through their counsel Eduardo Acuña Aybar, they filed an answer denying the complaint and in turn urged such allegations as they deemed pertinent in support of their claims.

The stage in the proceeding for the introduction of evidence having been reached, and such as had been proposed by the parties having been heard, the District Court of San Juan rendered judgment on May 22, 1902, dismissing the complaint with costs against plaintiff.

From this decision counsel for Emilio Montilla Valdespino took an appeal in cassation for violation of law, which was allowed and the record having been sent up to this Supreme Court, and the parties cited, upon their appearance the record was delivered to counsel for appellant in order that he might perfect the appeal. This he did returning the record with a writing setting out that the appeal was authorized by paragraph 1 of article 1690 of the Law of Civil Procedure, and alleging that the trial court had violated the Judicial and General Orders invoked in the complaint by construing them in a different sense from that in which they were understood by appellant.

rales que en la demanda se invocaban, por haberles dado sentido y alcance distinto del que les daba la representación del recurrente.

Abogado del recurrente: *Sr. Diaz Navarro.*

Abogado de los recurridos: *Sr. Acuña Aybar (Eduardo).*

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la siguiente opinión del Tribunal:

*Considerando:* que con arreglo al artículo 1718 de la Ley de Enjuiciamiento Civil, en el escrito interponiendo el recurso de casación por infracción de ley se expresará el párrafo del artículo 1690 en que se halle comprendido, y se citará con precisión y claridad la ley ó doctrina legal que se crea infringida, y el concepto en que lo haya sido.; y que no ajustándose á dichos preceptos el recurso interpuesto por Don Emilio Montilla, toda vez que en él no se citan, con la precisión que dicho artículo requiere, la ley ó leyes que se suponen infringidas, ni se expresa claramente el concepto en que lo hayan sido, no procede resolver el expresado recurso.

*Fallamos:* que debemos declarar y declaramos no haber lugar á resolver el recurso de casación por infracción de ley interpuesto por Don Emilio Montilla Valdespino, á quien condenamos en las costas; y con devolución de los autos originales comuníquese esta resolución al Tribunal de Distrito de San Juan, á los fines procedentes.

Jueces concurrentes: Sres. Hernández, Figueras, Sulzbacher y MacLeary.